## AKRON, CANTON & YOUNGSTOWN RAILROAD CO. ET AL. *v.* FROZEN FOOD EXPRESS ET AL.

No. 258.  Decided October 14, 1957.*

*Carl Helmetag, Jr.* and *Charles P. Reynolds* for appellants in No. 258.

*Rollo E. Kidwell* and *Peter T. Beardsley* for appellant in No. 263.

*Robert W. Ginnane* and *Charlie H. Johns, Jr.* for appellant in No. 270.

*Carl L. Phinney* for the Frozen Food Express, appellee.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE FRANKFURTER and MR. JUSTICE HARLAN are of the opinion that probable jurisdiction should be noted.

---

*Together with No. 263, *American Trucking Associations, Inc.,* v. *Frozen Food Express,* and No. 270, *Interstate Commerce Commission* v. *Frozen Food Express et al.,* also on appeals from the same court.